UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Grant,

    Petitioner,

        v.                                         Case No. 1:14cv878

Warden, Belmont Correctional
Institution,                               Judge Michael R. Barrett

    Respondent.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 24, 2017 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 11) of the Magistrate Judge is hereby **ADOPTED.** Pursuant to 28 U.S.C. § 2254, the Petition in this matter is transferred to the Sixth Circuit as a successive petition within the meaning of 28 U.S.C. § 2244(b) consistent with the recommendation by the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                                  *s/Michael R. Barrett*
                                                                  Michael R. Barrett
                                                                  United States District Judge